RECEIVED
08 NOV 19 PM 9: 27
U.S. BANKRUPTCY COURT
ST. PAUL, MN

March 19, 2006

Dear Mr. Hedback,

Enclosed is additional information regarding the continued fraud of David Nowacki. Somehow, I hope you will ensure that he is fully investigated. There are more lies and fraud in his case than anyone could believe. He continues to make a mockery of the bankruptcy system that you represent.

I truly believe that with the information Kent Kramer and I have provided you, Robert Raschke and Judge Kishel, there has to be enough evidence to charge Mr. Nowacki with perjury and bankruptcy fraud.

I beg you to do something for some good people (the creditors) and start something in motion that will get this bad person (Nowacki) what he deserves.

At one time you had told me you were surprised I did not hire an attorney and file an adversarial proceeding against Mr. Nowacki. Mr. Hedback, I did not wish to invest any more money in Mr. Nowacki and seeing that I was an unsecured creditor for a relatively small amount, I knew I would never recover any money on this case anyway. Believe me the reason I continue to pursue this matter has nothing to do with money. It is because Mr. Nowacki is truly a rotten person and I would like to see him get what he deserves.

The Lexus that he bought for someone else in his name and listed in his bankruptcy claim is actually in Carzone of Burnsville's name as of 3-06. The creditor hearing in Jan. 05 stated that Carzone had no assets and all of the cars had been sold. Carzone bought the tabs for that vehicle in 3-05. Also there is a 1996 Plymouth currently in Carzone's name as I learned by visiting the Bearue Citation # dated 1-06. I continue to add enough information to my file that someday I could write a novel on this fraud but I would prefer to share my information with the justice department.

Thank you very much for your consideration in this case.

Sincerely,

Dave Kennedy

Cc Judge Gregory Kishel
   Robert B Raschke

MINNESOTA CAB CARD

CURRENTLY, DVS IS UNABLE TO PROCESS YOUR RENEWAL. IF YOU USE AN INTERNET BILL PAY SERVICE. Please use this form to renew in person, by mail or at www.mndriveinfo.org. Bill pay checks will be returned to the financial institution that issued them. Questions? Call 651-296-9526

Pay online: www.mndriveinfo.org

CARZONE OF BURNSVILLE LLC
3635W HIGHWAY 13 W STE 1
BURNSVILLE MN 55337

**Renewal Due by Last Day of:** MAR 2008

| Plate | Year | Make | Vehicle ID Number | Weight/Pass | US DOT |
|---|---|---|---|---|---|
| LC 403 | 02 | LEXS | JTJHF10U320251671 | 3b250 | |

| REGISTRATION TAX | MINIMUM CONTRIBUTION FEE | PLATE FEE | FILING FEE | WHEELAGE TAX | TOTAL DUE |
|---|---|---|---|---|---|

| Registration Tax | 99.00 |
|---|---|
| Contribution | 30.00 |
| Plate Fee | |
| Wheelage Tax | 5.00 |
| Filing Fee | 4.50 |
| Total Due | 138.50 |

IF OWNER'S ADDRESS ON TOP OF FORM IS DIFFERENT FROM ADDRESS BELOW, PLEASE COMPLETE A CHANGE OF ADDRESS ON THE BACK.

DVS Renewal
P.O. Box 64587
St. Paul, MN 55164-0587

CARZONE OF BURNSVILLE LLC
3635W HWY 13 STE 1
BURNSVILLE MN 55337-1720

0309    LC403JTJHF10U320251b7109199009900015CH013850l